No. 193. SAVANNAH AND NORTHWESTERN RAILWAY ET AL. *v.* MAGGIE ROACH, ADMINISTRATRIX, ETC. Error

to the Court of Appeals of the State of Georgia. January 30, 1919. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. Robert M. Hitch* for plaintiffs in error. No appearance for defendant in error.

---

